**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>JOSEPH BRUCE TAYLOR<br>TARA NACOLE TAYLOR | CHAPTER 13<br><br>CASE NO.  17-40972-JDP |

**TRUSTEE'S AMENDED FINDINGS AND RECOMMENDATIONS**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Recommendation for Confirmation states that she has reviewed the Debtor(s) plan, petition, and any amendments and does not believe that the Plan complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and/or with Section 1326.

**MATTERS AT ISSUE:**

1. Trustee has requested documentation of where the Debtors spent the funds received from a title loan which Mrs. Taylor took out in February 2017.
2. Mr. Taylor has begun new employment. Schedule I will need to be amended and the Trustee will need documentation of his current income.
3. Trustee is requesting proof of Mr. Taylor's VA benefits as well as proof of the Debtors' household income.  Per Mr. Taylor the VA income was going to increase after their baby was born.
4. Trustee is requesting a complete copy of Mrs. Taylor's child support order for her 16 and 18 year old children.
5. Mrs. Taylor expects to receive a settlement on a claim for an automobile accident.  The proceeds do not appear to be exempt and should be turned over to the Trustee for payment to creditors. Schedule B must be amended to list this claim.
6. Form 2016B will need to be amended to reflect that the Debtors' filing fees have been paid pursuant to the petition.
7. Mrs. Taylor is unemployed, Debtors will need to file an amended Schedule I if she receives income over the term of the plan from any source in addition to her child support.

8. Trustee has yet to receive proof of filing tax returns for Mrs. Taylor from tax year 2014 or an affidavit of no filing requirement.

DATED: February 12, 2018

        **/s/  Kathleen McCallister**
        **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 12, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**JOSEPH BRUCE TAYLOR**
**TARA NACOLE TAYLOR**
**192 DUBOIS AVE W**
**TWIN FALLS, ID 83301**

        **/s/  Kathleen McCallister**
        **Kathleen McCallister, Trustee**